**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01425-CV

### ALBERT MORRIS AND TILDA MORRIS, ET AL., Appellants

### V.

### UNIFIED HOUSING FOUNDATION INC., ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15358**

## ORDER

Because appellees Unified Housing Foundation, Inc., Unified Housing of Inwood, LLC d/b/a Inwood on the Park Apts., and Sunchase American, Ltd. (the "Unified Appellees") have not yet field their brief, we **DENY** as premature appellants' September 30, 2014 motion for extension of time to file reply brief. Appellants' reply brief shall be filed within twenty days of the filing of the brief of the Unified Appellees.

/s/    CRAIG STODDART
       JUSTICE